PAUL D'ANDREA, Respondent, v. ETHEL WILSON, Appellant.— Motion to dismiss defendant's appeal from an order directing her examination before trial and granting other relief, denied, with $10 costs. Plaintiff's right to a stay under section 1520 of the Civil Practice Act was waived when he propelled the action onward by restoring it to the trial calendar and by applying for the defendant's examination. (*Rollins* v. *Carib Syndicate, Ltd.*, 172 Misc. 648, affd. 258 App. Div. 816.) Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

DAVID BIER, Respondent, v. SAW MILL SUPPLY, INC., et al., Appellants, et al., Defendants.— Action by a passenger on appellant city's trolley car to recover damages for injuries sustained when that trolley car and a road scraper being towed by a truck operated by appellant Saw Mill Supply, Inc., came into collision. Judgment in favor of plaintiff and against both appellants, entered upon a jury's verdict, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.